UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD H. KEAL,<br><br>               Petitioner,<br><br>   v.<br><br>JEFFREY UTTECHT,<br><br>               Respondent. | Case No.  C06-5637 RJB/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

DATED this 30th  day of November, 2006.


                                                     Karen L. Strombom
                                                     United States Magistrate Judge