UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD H. KEAL,

    Petitioner,

v.

JEFFREY UTTECHT,

    Respondent.

Case No. C06-5637 RJB/KLS

ORDER ADOPTING
REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. Karen L. Strombom, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.**

(3)     The clerk is directed to send copies of this Order to Petitioner, counsel for respondent and to the Hon. Karen L. Strombom **AND TO ADMINISTRATIVELY CLOSE THIS FILE.**

DATED this 23rd day of January, 2007.

*Robert J. Bryan* (signature)
Robert J. Bryan
United States District Judge

ORDER - 1